**ATTACHMENT A**

Excerpt from Act of June 6, 1997
POLISH PENAL CODE
(Journal of Laws of July 29, 2016 item 1137 as amended)

### Article 11

**Section 2.** If an act satisfies the attributes specified in two or more provisions of the criminal law, the court sentences the perpetrator for one offence on the basis of all regulations applicable in concurrence.

### Article 12

Two or more actions taken in short time intervals in the performance of an advance intention shall be regarded as one prohibited act; if the subject of the attempt is personal interest, the condition for regarding multiple acts as one prohibited act is that the victim is the same in all these acts.

### Article 64 Section 1

If an offender sentenced for a willful offense to a penalty of imprisonment perpetrates within 5 years after serving at least 6 months of penalty a willful offense similar to the one for which he was already sentenced, the court may administer a penalty provided for the offense attributed to the offender within the limits of the highest statutory threat increased by half.

### Article 64 Section 2

If a perpetrator, who has previously been sentenced under conditions as described in section 1 above and who has served a total of at least one year's penalty of imprisonment and within 5 years, after having served the most recent penalty, either as a whole or in part, once more commits an intentional crime against life or health, a crime of rape, robbery, theft and burglary or any other crime against property, committed with the usage of violence or threat to use it, then the court shall impose the penalty of imprisonment provided for the crime above the bottom limit of the statutory penalty, and it can impose the penalty within the top limit of the statutory penalty increased by half.

**Article 65 Section 1**

Regulations concerning the administration of penalty, penal means and means connected with subjection to probation of a culprit specified in article 64 paragraph 2, apply also to a perpetrator who made a permanent source of income out of perpetration of offenses, or commits a crime acting in an organized criminal group or union, whose objective is perpetration of crimes, and with respect to a perpetrator of an offense of terrorist nature.

**Article 270 Section 1**

A person who forges or modifies a document with an intention to use it as the authentic one or uses such a document as the authentic one, is liable to a fine, a penalty of limitation of freedom or that of imprisonment for a period of from 3 months up to 5 years.

**Article 278 Section 1**

A person who takes another's movable for the purpose of misappropriation thereof is subject to a penalty of imprisonment from 3 months up to 5 years.

**Article 278 Section 2**

The same penalty applies to a person who without the consent of the authorized person acquires another's computer program for the purpose of obtaining a financial benefit.

**Article 284 Section 1**

Any person who misappropriates another's movable or property right
- is liable to a penalty of imprisonment for a period of up to 3 years.

**Article 284 Section 2**

Any person who misappropriates a movable that has been entrusted to him/her
- is liable to a penalty of imprisonment for a period from 3 months up to 5 years.

**Article 285 Section 1**

A person who connects to a telecommunications device and runs up telephone charges on another's account, is subject to a penalty of imprisonment for up to 3 years.

**Article 286 Section 1**

Any person who, in order to obtain a property benefit, causes another person to disadvantageously alienate his/her property or someone else's property by misleading the person or taking advantage of his/her mistake or inability to understand properly the activity undertaken, is liable to a penalty of imprisonment for a period from 6 months up to 8 years.

**Article 287 Section 1**

Any person who, in order to gain financial benefit or inflict damage on another, without authorization influences automatic processing, storing or transmission of information, or alters on, deletes from, or introduces new content to an IT data carrier, is subject to a penalty of imprisonment for a period from 3 months up to 5 years.

**Article 288 Section 1**

Any person who destroys, damages, or renders useless the property of another, is subject to a penalty of imprisonment for a period from 3 months up to 5 years.

**Article 288 Section 1**

The penalty specified in § 1 applies also to a person, who severs or damages and undersea cable, or infringes regulations applicable upon installation or repair of such a cable.

**Article 294 Section 1**

Any person who commits the crime referred to in article 278 paragraph 1 or 2, article 284 paragraph 1 or 2, article 285 paragraph 1, article 286 paragraph 1, article 287 paragraph 1, article 288 paragraph 1 or 3, or in article 291 paragraph 1 against property of substantial value, is liable to a penalty of imprisonment for a period from one year up to 10 years.

**Article 310 Section 1**

A person who forges or doctors Polish or foreign money, other legal tender or document authorizing receipt of a sum of money or containing an obligation to pay out capital, interests, share in profits, or a declaration of participation in a company, or removes from money, other

legal tender or such document a mark of remission, is subject to a penalty of imprisonment for a period not shorter than 5 years or a penalty of imprisonment for 25 years.

**Article 310 Section 2**

A person who puts in circulation money, other legal tender or document specified in paragraph 1, or accepts it for such purpose, stores, transports, carries, sends or assists in its alienation or concealment, is subject to a penalty of imprisonment for a period from one year to 10 years.

**Article 101 Section 1**

An offence may not be prosecuted upon the expiration of the following periods from the time of its perpetration:

1. 30 years – if the act is a felony of homicide;
2. 20 years – if the act is another felony;

2a. 15 years – if the act is an offense amenable to a penalty of imprisonment exceeding 5 years,

3. 10 years – if the act is an offense amenable to a penalty of imprisonment exceeding 3 years;
4. 5 years – in case of other offenses

**Article 102**

If proceedings are initiated against a person within the period provided for by article 101, then the offence specified in article 101 paragraph 1 committed by the person ceases to be punishable with the lapse of 10 years, and in other cases -- with the lapse of 5 years from the end of such a period.

**Article 233 Section 1**

Any person who, while giving testimony which is going to serve as evidence in court proceedings or other proceedings being conducted on the basis of a law, gives false evidence or withholds the truth is liable to imprisonment for a period of up to 3 years.

**Article 233 Paragraph 1a**

If the perpetrator of a deed specified in Paragraph 1 gives false evidence or withholds the truth because of fear of his/her own criminal responsibility or of criminal responsibility of the members of their family, he/she shall be liable to imprisonment for a period of 3 months up to 5 years.

*Oblong stamp:*
FOR CONFORMITY
Krosno, date 19.09.2017

*Oblong stamp:*
Clerk
*(-) illegible signature*
Regina Pankowska

*Round seal with the state emblem of the Republic of Poland in the center and the following inscription on the rim:* "CIRCUIT PROSECUTOR'S OFFICE IN KROSNO *1*".



Excerpt from Act of June 6, 1997
POLISH CODE OF PENAL PROCEDURE
(Journal of Laws of July 29, 2016 item 1749 as amended)

**Article 143**

**Section 1.** The following actions require records to be taken on:
2   interview of a defendant, witness, expert and probation officer;

*Oblong stamp:*
FOR CONFORMITY
Krosno, date 19.09.2017

*Oblong stamp:*
Clerk
(-) illegible signature
Regina Pankowska

*Round seal with the state emblem of the Republic of Poland in the center and the following inscription on the rim: "CIRCUIT PROSECUTOR'S OFFICE IN KROSNO *1*".*

*Repertory No. 2178/2017*
*I, the undersigned, Ryszard Pruszkowski, sworn translator of the English language entered on the list of sworn translators of the Minister of Justice, hereby certify that the above text is a true and complete translation of the original Polish document.*
*Warsaw, November 2, 2017*